UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AARON ALDRICH, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    No. 1:25-cv-00497-JAW |
| ANDROSCOGGIN COUNTY JAIL, et al., | ) ) ) ) |
|     Defendants. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

On September 29, 2025, Aaron Aldrich, who is currently in custody at the Maine State Prison, filed a complaint against Androscoggin County Jail, county employees, and medical providers based on their management of an infection in Mr. Aldrich's left hand. *Compl.* (ECF No. 1). Mr. Aldrich also filed an application to proceed without prepayment of fees, *Appl. to Proceed Without Prepayment of Fees and Aff.* (ECF No. 2), which the Court granted. *Order Granting Mot. to Proceed Without Prepayment of Fees and Costs* (ECF No. 3).

On February 4, 2026, the Magistrate Judge reviewed Mr. Aldrich's complaint pursuant to 28 U.S.C. §§ 1915 and 1915A and recommended this Court dismiss Defendant Jorge Veliz and order service against the other defendants identified in the complaint. *Recommended Decision after Review of Compl.* (ECF No. 6). Mr. Aldrich did not file an objection.

Because Mr. Aldrich did not timely file an objection, he waived his right to have this Court conduct de novo review and to appeal this Court's order entered pursuant to the Magistrate Judge's recommended decision. 28 U.S.C. § 636(b)(1)(B); *Rivera-*

*Aponte v. Gomez Bus Line, Inc.*, 62 F.4th 1, 10 (1st Cir. 2023) (explaining it is "well-settled that 'only those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" (quoting *School Union No. 37 v. United Nat'l Ins. Co.*, 617 F.3d 554, 564 (1st Cir. 2010)). The Court therefore reviews the Magistrate Judge's recommended decision for clear error. *Park Motors Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1st Cir. 1980).

Upon clear error review, consistent with the Magistrate Judge's recommendation and for the same reasons set forth in the recommended decision, the Court AFFIRMS Recommended Decision After Review of Complaint (ECF No. 6) and accordingly DISMISSES Defendant Jorge Veliz from the Complaint (ECF No. 1) and ORDERS service against the other defendants identified in the Complaint (ECF No. 1).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 4th day of March, 2026.